IN THE UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| NICK APPLEGARTH, | : | CASE NO.: 2:24-CV-01309 |
| | : | |
| Plaintiff, | : | CHIEF JUDGE: ALGENON L. MARBLEY |
| | : | |
| v. | : | MAGISTRATE JUDGE: ELIZABETH |
| | : | PRESTON DEAVERS |
| JAKE HYNES, et al. | : | |
| | : | |
| Defendants, | | |

## NOTICE OF DISMISSAL

Now comes Plaintiff and hereby voluntarily dismisses the pending claims for relief against all remaining Defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

This dismissal is without prejudice and shall operate as an adjudication otherwise than upon the merits. Plaintiff, therefore, has one year under the Ohio Revised Code Section 2305.19 to refile the action should it become necessary. *See also, Frysinger v. Leech*, 32 Ohio St.3d 38 (1987).

                Respectfully submitted,

                */s/ Andrew R. Burton*
                Stacie L. Roth (0071230)
                Richard D. Reinbold (0024152)
                Andrew R. Burton (0100996)
                **SCHULMAN, ROTH & ASSOC. CO., LPA.**
                The Carnegie Building
                236 3rd Street SW
                Canton, Ohio 44702
                (330) 456-4400 (telephone)
                (330) 456-3641 (FAX)
                sroth@lawyersonyourside.com
                rdreinbold@yahoo.com
                aburton@lawyersonyourside.com

                And

*/s/ Robert J. Tscholl*
Robert J. Tscholl (0028532)
Robert J. Tscholl, LLC
236 3rd Street SW
Canton, Ohio 44702
330-497-8614
330-456-3641 (FAX)
Btscholl740@@yahoo.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 18, 2025, a true and accurate copy of the foregoing was filed on the Court's ECF system. Notice of this filing will be delivered to the counsel of record by the Court's ECF system. Copies of the filing are available from the Court's system.

*/s/ Andrew R. Burton*
Counsel for Plaintiff